Jane DOE, Plaintiff-Appellee,

v.

George D. SMALL, Mayor of the City of Ottawa, Illinois, et al., Defendants,

The Ottawa Freedom Association, Intervenor–Defendant–Appellant.

No. 89–3756.

United States Court of Appeals, Seventh Circuit.

Oct. 22, 1991.

Before BAUER, Chief Judge, CUMMINGS, WOOD, Jr., CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION and KANNE, Circuit Judges, and GORDON, Senior District Judge.*

### ORDER

On consideration of the petition for rehearing with suggestion for rehearing *en banc* filed by the intervenor-defendant-appellant and the plaintiff's response thereto, a vote of the active judges of the Court was requested. A majority of the judges voted to rehear this case *en banc.* Accordingly,

IT IS ORDERED that rehearing *en banc* be, and the same is hereby, GRANTED.

IT IS FURTHER ORDERED that the opinion entered in this case on May 28, 1991, 934 F.2d 743, be, and is hereby, VACATED. This case will be reheard *en banc* at the convenience of the Court.